## BEACH ET AL. V. McCLURE LUMBER CO., ET AL.

(Decided July 6th, 1910. Rehearing denied Jan. 12, 1911. 54 South. 426.)

APPEAL from Washington Chancery Court.

Heard before Hon. THOMAS H. SMITH.

SAM WILL JOHN, GREGORY L. SMITH, JOHN R. TYSON, and JOHN W. MCALPINE, for appellants.

STEVENS & LYONS, for appellee.

MAYFIELD, J.—Affirmed on authority of *Jordan v. McClure Lumber Co., et al.*, 170 Ala. 289, 54 South. 415.

DOWDELL, C. J.. and ANDERSON, MCCLELLAN, SAYRE and EVANS, JJ., concur in the affirmance, but do not concur in all that is said in the opinion upon the subject of ancient documents.

---

## BEACH, ET AL. V. McCLURE LUMBER CO., ET AL.

(Decided July 6th, 1910. Rehearing denied Jan. 12, 1911. 54 South. 426.)

APPEAL from Washington Chancery Court.

Heard before Hon. THOMAS H. SMITH.

SAM WILL JOHN, GREGORY L. SMITH, JOHN R. TYSON, and JOHN W. MCALPINE, for appellants.

STEVENS & LYONS, for appellee.

MAYFIELD, J.—Affirmed on the authority of *Jordan, et al. v. McClure Lumber Co.,* et al., 170 Ala. 289, 54 South. 415.

DOWDELL, C. J., and ANDERSON, MCCLELLAN, SAYRE and EVANS, JJ., concur in the affirmance, but do not concur in all that is said in the opinion upon the subject of ancient documents.